Opinion issued August 19, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00771-CV

_____

**AHMAD FATEMIZADEH, Appellant**

**V.**

**SUGAR CREEK COUNTRY CLUB, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-311210**

---

## MEMORANDUM OPINION

Appellant Ahmad Fatemizadeh has filed a motion to dismiss his appeal because the parties have reached a settlement. In his certificate of conference, appellant's counsel stated that he attempted to reach opposing counsel concerning the motion to dismiss, but he was unable to reach him. Therefore, the Court held

this motion for 10 days to permit the filing of any opposition or response.  *See* TEX.

R. APP. P. 10.3(a).  No response was received.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1),

43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.